# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1297**
**CA 14-01043**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

MARK BRADSTREET, AS PARENT AND NATURAL GUARDIAN
OF MARK WESLEY BRADSTREET, PLAINTIFF-RESPONDENT,

                    V                                          ORDER

HONEOYE FALLS LIMA CENTRAL SCHOOL DISTRICT,
DEFENDANT-APPELLANT.

---

PETRONE & PETRONE, P.C., WILLIAMSVILLE, CONGDON, FLAHERTY,
O'CALLAGHAN, REID, DONLON, TRAVIS & FISHLINGER, UNIONDALE (CHRISTINE
GASSER OF COUNSEL), FOR DEFENDANT-APPELLANT.

TREVETT CRISTO SALZER & ANDOLINA, P.C., ROCHESTER (MICHAEL F. GERACI
OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-----------------------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Monroe County (Ann
Marie Taddeo, J.), entered January 23, 2014.  The order denied the
motion of defendant for summary judgment.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  January 2, 2015                          Frances E. Cafarell
                                                   Clerk of the Court